# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 22-01568

**Case Name** AIMS, et al. v. U.S. D.E.A., et al.

**Counsel submitting this form** James F. Williams

**Represented party/parties** Petitioners

*Briefly describe the dispute that gave rise to this lawsuit.*

Petitioners seek review of the U.S. Drug Enforcement Administration's ("DEA") Final Agency Decision issued on June 28, 2022. Petitioners are a physician, two of his patients with advanced terminal cancer, and his clinic. Petitioners seek to exercise their rights under federal and state law to try an eligible investigational drug to address these patients' therapeutic needs.

This case asks how the agency will abide by the "Right to Try" ("RTT"), as codified in both federal and state law. See 21 U.S.C.A. § 360bbb, et seq.; RCW 69.77, et seq. This case is a related matter to AIMS v. Garland, No. 21-70544 and No. 22-70153, both in the Ninth Circuit. In the prior case, No. 21-70544, the same parties challenged an earlier agency determination that the agency had "no authority to waive" any of the requirements of the Controlled Substances Act to accommodate Petitioners' rights under the RTT. In the DEA's Final Agency Decision challenged here, the agency determined that the "legal and factual considerations remain unchanged" regarding its prior finding. Here, the same petitioners challenge a DEA letter received on August 20th that, on its own terms, "constitutes DEA's final decision" regarding the issue. The parties participated in a Mediation Assessment Conference on August 23rd in Case No. 21-70153 and have remained in communication with the Circuit Mediator's office since that time.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7**   1   Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

The DEA's enforcement of the Controlled Substances Act vitiates the Right the Try, as codified by state and federal law, as qualifying terminally ill patients cannot gain access to the eligible investigational drug psilocbyin for which they otherwise qualify because of the DEA's Final Agency Decision.

Petitioners seek review of the Final Agency Decision on the grounds that it is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; contrary to constitutional right, power, privilege, or immunity; in excess of statutory jurisdiction, authority, or limitations, or short of statutory right; without observance of procedure required by law; and/or otherwise unsupported by substantial evidence.

Petitioners respectfully request that this Court hold unlawful, vacate, and enjoin the Final Agency Decision and mandate pursuant to the Right to Try, as codified in state and federal law, that the DEA expeditiously accommodate valid requests made from qualified health care providers for the therapeutic use of the eligible investigation drug psilocybin.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

N/A

**Signature** s/ James F. Williams    **Date** 9/23/2022

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 7**                                 2                           *Rev. 12/01/2018*