```
                                                              FILED
        UNITED STATES COURT OF APPEALS
                                                              FEB 15 2024
              FOR THE NINTH CIRCUIT
                                                         MOLLY C. DWYER, CLERK
                                                          U.S. COURT OF APPEALS
```

| | |
|---|---|
| ADVANCED INTEGRATIVE MEDICAL SCIENCE INSTITUTE, PLLC, et al.;<br><br>            Petitioners,<br><br>  v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,<br><br>            Respondent. | No. 22-1568<br><br>Drug Enforcement Agency<br><br>ORDER |

The amicus brief submitted by Goldwater Institute, et al. is filed.

Within 7 days of this order, amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT