

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ADVANCED INTEGRATIVE MEDICAL SCIENCE INSTITUTE, PLLC; et al.,

Petitioners,

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,

Respondent.

No. 22-1568

Drug Enforcement Agency

MANDATE

The judgment of this Court, entered February 13, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT